UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.  **4:22-cr-172** |
| OSCAR LOPEZ  JESUS ARNALDO TREVINO | § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

(Conspiracy to Possess With Intent to Distribute Controlled Substance)

On or about September 23, 2020, in the Houston Division of the Southern District of Texas and elsewhere, defendants,

**OSCAR LOPEZ and
JESUS ARNALDO TREVINO,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute 5 kilogram or more of cocaine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

### NOTICE OF FORFEITURE
(21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853(a), the United States of America

gives notice to the defendants,

**OSCAR LOPEZ and
JESUS ARNALDO TREVINO,**

that, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841, the following property is subject to forfeiture:

1. All property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such offense; and

2. All property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

**A TRUE BILL:**

**JENNIFER B. LOWERY
UNITED STATES ATTORNEY**

BY: *Celia Moyer*
   **Celia Moyer**
   **Assistant United States Attorney**